UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK C. BOSLEY, SR., <br><br> Plaintiff, <br><br> v. <br><br> DePUY SYNTHES SALES INC., *et al.*, <br><br> Defendants. | Case No. C21-1683-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On April 17, 2023, the parties submitted a second motion for entry of stipulated protective order. (Dkt. # 57.) Though the provided protective order now demonstrates the parties' departures from this district's model protective order with a redlined version, the protective order is not signed, or otherwise actually stipulated, by the parties.

Accordingly, the parties' second motion for entry of stipulated protective order (dkt. # 57) is STRICKEN. The Court will consider the parties' proposed protective order once stipulated and with provision of a redlined version that identifies all changes, alterations, or additions from this district's model order.

MINUTE ORDER - 1

Dated this 18th day of April, 2023.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2